**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**DESHAUN SOMERS,**

              **Plaintiff,**            9:21-cv-1174
                                                   (GLS/ML)

        v.

**CORRECTIONAL OFFICER**
**POWERS et al.,**

              **Defendants.**

| **APPEARANCES:** | **OF COUNSEL:** |
|---|---|
| **FOR THE PLAINTIFF:** | |
| Deshaun Somers | |
| Pro Se | |
| 17-B-2895 | |
| Five Points Correctional Facility | |
| Caller Box 119 | |
| Romulus, NY 14541 | |
| | |
| **FOR THE DEFENDANTS:** | |
| HON. LETITIA JAMES | RACHAEL OUIMET |
| New York State Attorney General | Assistant Attorney General |
| The Capitol | |
| Albany, NY 12224 | |

**Gary L. Sharpe**
**Senior District Judge**

# ORDER

     The above-captioned matter comes to this court following a Report and

Recommendation (R&R) by Magistrate Judge Miroslav Lovric, duly filed April

20, 2023.  (Dkt. No. 41.)  Following fourteen days from the service thereof, the

Clerk has sent the file, including any and all objections filed by the parties

herein.

No objections having been filed, and the court having reviewed the R&R for clear error, it is hereby

**ORDERED** that the Report and Recommendation (Dkt. No. 41) is **ADOPTED** in its entirety; and it is further

**ORDERED** that defendants' motion to dismiss (Dkt. No. 40) is **GRANTED**; and it is further

**ORDERED** that plaintiff's complaint (Dkt. No. 1) is **DISMISSED**; and it is further

**ORDERED** that defendants' motion, to the extent it seeks an award of fees, costs and disbursements (Dkt. No. 40) is **DENIED** at this juncture; and it is further

**ORDERED** that the Clerk is directed to close this case; and it is further

**ORDERED** that the Clerk provide a copy of this Order to the parties in accordance with the Local Rules of Practice.

**IT IS SO ORDERED.**

May 15, 2023
Albany, New York

Gary L. Sharpe
U.S. District Judge

2